AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>RICHARD PAUL NOLAN<br>*Defendant* | )<br>) Colorado Case No. 23-mj-00093-KLM<br>) Case No. 3:23-CR-119-FDW<br>)<br>)<br>)<br>) FILED<br>) UNITED STATES DISTRICT COURT<br>) DENVER, COLORADO<br>12:10 pm, May 22, 2023<br>JEFFREY P. COLWELL, CLERK |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICHARD PAUL NOLAN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud Conspiracy 18 USC 1349

Date: 5/16/2023

*Issuing officer's signature*

City and state: Charlotte, North Carolina

FRANK G. JOHNS, CLERK OF COURT
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |